*Page 1 of 1*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**JULIO CEASAR AGUIRRE,**
    Petitioner,

vs.  **Case No. 5:07cv104/RS/MD**

**STATE OF FLORIDA,**
    Respondent.

### O R D E R

    This cause is before the court upon petitioner filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 1). Petitioner is currently incarcerated at Jackson Correctional Institution in Malone, Florida. He challenges his conviction for trafficking in methamphetamines (doc. 1; *see also id*., ex. B). The court which entered the judgment of conviction under attack is the Circuit Court of Orange County, Florida. Pursuant to 28 U.S.C. § 2241(d), the court considers it to be in the interest of justice to transfer this case to the United States District Court for the Middle District of Florida, which is the district within which the state court was held which convicted and sentenced petitioner.

    Accordingly, it is therefore ORDERED:

    The clerk shall transfer this case to the United States District Court for the Middle District of Florida.

    DONE AND ORDERED this 17th day of May, 2007.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

Dockets.Justia.com